U.S.D.C. E.D. OF PA. CASE # 15cr107

CLOSED

FILE

# U.S. District Court
## Eastern District of Michigan (Detroit)
## CRIMINAL DOCKET FOR CASE #: 2:08-cr-20385-PDB-PJK All Defendants

Case title: United States of America v. Jones

Related Case: 2:10-cv-14178-PDB

Date Filed: 01/09/2009

Date Terminated: 11/05/2009

---

Assigned to: District Judge Paul D. Borman
Referred to: Magistrate Judge Paul J. Komives

Appeals court case number: 12-1779
U.S. Court of Appeals - Sixth Circuit

**FILED**

JUL 2 1 2015

MICHAEL E. KUNZ, Clerk
By_____ Dep.Clerk

### Defendant (1)

**William Jones**
*TERMINATED: 11/05/2009*
*also known as*
K.
*TERMINATED: 11/05/2009*

represented by **William Jones**
63641066
CUMBERLAND
FEDERAL CORRECTIONAL
INSTITUTION
Inmate Mail/Parcels
P.O. BOX 1000
CUMBERLAND, MD 21501
PRO SE

**Joseph A. Niskar**
23023 Orchard Lake Rd. Suite A-1
Farmington, MI 48336
248-941-4287
Fax: 248-282-0353
Email: niskarlaw@gmail.com
*TERMINATED: 10/28/2011*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Federal Defender**
Federal Defender Office
613 Abbott
5th Floor
Detroit, MI 48226
313-967-5542
*TERMINATED: 10/28/2011*

*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or*
*Community Defender Appointment*

**Federal Defender**
Federal Defender Office
653 S. Saginaw
Suite 105
Flint, MI 48502-1523
810-232-3600
*TERMINATED: 05/14/2009*
*Designation: Public Defender or*
*Community Defender Appointment*

**Leroy T. Soles**
Federal Defender Office
613 Abbott
5th Floor
Detroit, MI 48226
313-967-5866
Email: leroy_soles@fd.org
*TERMINATED: 03/30/2009*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or*
*Community Defender Appointment*

**Michael R. Dezsi**
Law Office of Michael R. Dezsi, PLLC
615 Griswold Street
Suite 1600
Detroit, MI 48226
313 879 1206
Fax: 313 887 0420
Email: mdezsi@dezsilaw.com
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Pending Counts**

CONTROLLED SUBSTANCE -
SELL, DISTRIBUTE, OR DISPENSE
(1)

**Disposition**

IMPRISONMENT: 80 MONTHS AS
TO COUNT 1 AND 48 MONTHS AS
TO COUNTS 2 AND 3 TO RUN
CONCURRENT; SUPERVISED
RELEASE: 36 MONTHS AS TO
COUNT 1 AND 12 MONTHS AS TO
COUNTS 2 AND 3 TO RUN
CONCURRENT; SPECIAL
ASSESSMENT: $300.

| | |
|---|---|
| USE COMMUNICATIONS FACILITY - CONTROLLED SUBSTANCE - DISTR. (2-3) | IMPRISONMENT: 80 MONTHS AS TO COUNT 1 AND 48 MONTHS AS TO COUNTS 2 AND 3 TO RUN CONCURRENT; SUPERVISED RELEASE: 36 MONTHS AS TO COUNT 1 AND 12 MONTHS AS TO COUNTS 2 AND 3 TO RUN CONCURRENT; SPECIAL ASSESSMENT: $300. |

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**                              **Disposition**

None

**Highest Offense Level (Terminated)**

None

**Complaints**                                     **Disposition**

None

---

**Plaintiff**

**United States of America**          represented by    **Wayne F. Pratt**
                                                        U.S. Attorney's Office
                                                        211 W. Fort Street
                                                        Suite 2001
                                                        Detroit, MI 48226
                                                        313-226-9100
                                                        Fax: 313-226-2621
                                                        Email: wayne.pratt@usdoj.gov
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*
                                                        *Designation: U.S. Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 07/16/2008 | 1 | MOTION and ORDER to Seal Indictment and Arrest Warrant as to William Jones. Signed by Magistrate Judge Virginia M Morgan. (PPau) (Entered: 01/12/2009) |
| 01/09/2009 | 2 | MOTION and ORDER to Unseal Indictment as to William Jones. Signed by Magistrate Judge Mona K Majzoub. (PPau) (Entered: 01/12/2009) |
| 01/09/2009 | 3 | |

| | | |
|---|---|---|
| | | INDICTMENT as to William Jones (1) count(s) 1, 2-3.[timestamped 7/16/08] (PPau) (Entered: 01/12/2009) |
| 01/27/2009 | 5 | Record Received from Eastern District of Pennsylvania as to William Jones. (PPau) (Entered: 01/28/2009) |
| 02/09/2009 | | Minute Entry for proceedings held before Magistrate Judge Virginia M Morgan: Initial Appearance as to William Jones. **Detention Hearing and Arraignment set for 2/10/2009 at 01:00 PM..** Disposition: Defendant temporarily detained. (Tape #: VMM 2/9/2009) (Defendant Attorney: Rita Chastang) (AUSA: Wayne Pratt) (JJoh) (Entered: 02/10/2009) |
| 02/09/2009 | 6 | ORDER APPOINTING FEDERAL DEFENDER as to William Jones. Signed by Magistrate Judge Virginia M Morgan. (LHac) (Entered: 02/10/2009) |
| 02/10/2009 | | Minute Entry for proceedings held before Magistrate Judge Virginia M Morgan: Arraignment as to William Jones (1) Count 1,2-3 held on 2/10/2009. Disposition: Not Guilty plea entered. (Tape #: VMM 2/10/2009) (Defendant Attorney: Leroy Soles) (AUSA: Wayne Pratt) (JJoh) (Entered: 02/10/2009) |
| 02/10/2009 | | Minute Entry for proceedings held before Magistrate Judge Virginia M Morgan: Detention Hearing as to William Jones held on 2/10/2009. Disposition: Bond denied. (Tape #: VMM 2/10/2009) (Defendant Attorney: Leroy Soles) (AUSA: Wayne Pratt) (JJoh) (Entered: 02/10/2009) |
| 02/10/2009 | 7 | ORDER OF DETENTION PENDING TRIAL as to William Jones - Signed by Magistrate Judge Virginia M Morgan. (JJoh) (Entered: 02/11/2009) |
| 02/10/2009 | 8 | ACKNOWLEDGMENT of Indictment by William Jones. (LHac) (Entered: 02/12/2009) |
| 02/12/2009 | 9 | NOTICE TO APPEAR as to *William Jones*, **Plea Hearing set for 4/7/2009 03:30 PM before District Judge Paul D Borman Jury Trial set for 4/14/2009 09:00 AM before District Judge Paul D Borman** (DGoo) (Entered: 02/12/2009) |
| 02/13/2009 | 10 | ATTORNEY APPEARANCE: Leroy T. Soles appearing for William Jones. (Soles, Leroy) (Entered: 02/13/2009) |
| 02/17/2009 | 11 | Warrant for Arrest Returned Executed on 02/09/09 as to William Jones. (DHam) (Entered: 02/18/2009) |
| 03/20/2009 | 12 | REQUEST/LETTER for New Attorney by William Jones. (LHac) (Entered: 03/24/2009) |
| 03/25/2009 | 13 | NOTICE TO APPEAR as to *William Jones*, **Status Conference/Request for new Attorney, set for 3/31/2009 03:30 PM before District Judge Paul D Borman** (DGoo) (Entered: 03/25/2009) |
| 03/26/2009 | 14 | MOTION for Withdrawal of Attorney Leroy T. Soles by William Jones. (Soles, Leroy) (Entered: 03/26/2009) |
| 03/27/2009 | 15 | NOTICE OF ATTORNEY APPEARANCE: Joseph A. Niskar appearing for William Jones (Niskar, Joseph) (Entered: 03/27/2009) |
| | | |

| 03/30/2009 | 16 | ORDER allowing substitution of attorney as to William Jones re 14 MOTION for Withdrawal of Attorney Leroy T. Soles filed by William Jones Signed by District Judge Paul D Borman. (DGoo) (Entered: 03/30/2009) |
| 03/30/2009 | 17 | STIPULATED ORDER EXTENDING DATES AND ORDER TO CONTINUE - Ends of Justice as to William Jones Time excluded from 4/7/09 until 6/9/09. Signed by District Judge Paul D Borman. (DGoo) (Entered: 03/30/2009) |
| 03/30/2009 | | Set/Reset Deadlines/Hearings as to William Jones: **Plea Hearing set for 6/2/2009 02:00 PM before District Judge Paul D Borman Jury Trial set for 6/9/2009 09:00 AM before District Judge Paul D Borman** (DGoo) (Entered: 03/30/2009) |
| 04/06/2009 | 18 | TRANSCRIPT of detention hearing held on 02/10/09 as to William Jones. (Court Reporter/Transcriber: Karen Dains) (Number of Pages: 43) Redaction Request due 4/27/2009. Redacted Transcript Deadline set for 5/7/2009. Release of Transcript Restriction set for 7/6/2009. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date, the transcript is publicly available. (DPer) (Entered: 04/06/2009) |
| 04/06/2009 | 19 | NOTICE OF FILING transcript as to *William Jones*. (DPer) (Entered: 04/06/2009) |
| 04/16/2009 | 20 | STIPULATION AND ORDER REQUIRING GOVERNMENT AGENTS TO RETAIN ROUGH NOTES, RECORDINGS, AND OTHER PHYSICAL EVIDENCE as to William Jones Signed by District Judge Paul D Borman. (DGoo) (Entered: 04/16/2009) |
| 04/16/2009 | 21 | EXPARTE ORDER ALLOWING COMPUTER INTO WAYNE COUNTY JAIL as to William Jones Signed by District Judge Paul D Borman. (DGoo) (Entered: 04/16/2009) |
| 04/22/2009 | 22 | MOTION for Clarification *as to Availability of Entrapment Defense at Trial and/or at Sentencing Under Federal Guidelines and Apprendi* by William Jones. (Niskar, Joseph) (Entered: 04/22/2009) |
| 04/23/2009 | 23 | NOTICE of hearing on 22 MOTION for Clarification *as to Availability of Entrapment Defense at Trial and/or at Sentencing Under Federal Guidelines and Apprendi* as to *William Jones*. **Responses due by 5/6/2009 Replies due by 5/13/2009 Motion Hearing set for 5/28/2009 04:00 PM before District Judge Paul D Borman** (DGoo) (Entered: 04/23/2009) |
| 05/07/2009 | 24 | RESPONSE by United States of America as to William Jones re 22 MOTION for Clarification *as to Availability of Entrapment Defense at Trial and/or at Sentencing Under Federal Guidelines and Apprendi* (Pratt, Wayne) (Entered: 05/07/2009) |
| 05/13/2009 | 25 | NOTICE TO APPEAR as to *William Jones*, **Plea Hearing set for 6/1/2009 03:30 PM before District Judge Paul D Borman** (DGoo) (Entered: 05/13/2009) |
| 05/14/2009 | | |

| | | |
|---|---|---|
| | | Attorney Federal Defender is discontinued from receiving Notices of Electronic Filing. Reason: No longer representing Defendant.. (Soles, Leroy) (Entered: 05/14/2009) |
| 05/14/2009 | 26 | NOTICE TO APPEAR as to *William Jones*, **Plea Hearing set for 6/2/2009 11:00 AM before District Judge Paul D Borman** (DGoo) (Entered: 05/14/2009) |
| 05/15/2009 | 27 | NOTICE of hearing on 22 MOTION for Clarification *as to Availability of Entrapment Defense at Trial and/or at Sentencing Under Federal Guidelines and Apprendi* as to *William Jones*. **Motion Hearing set for 6/4/2009 03:30 PM before District Judge Paul D Borman** (DGoo) (Entered: 05/15/2009) |
| 06/03/2009 | 28 | NOTICE of hearing on 22 MOTION for Clarification *as to Availability of Entrapment Defense at Trial and/or at Sentencing Under Federal Guidelines and Apprendi* as to *William Jones*. **Motion Hearing RE-SCHEDULED for 6/5/2009 03:30 PM before District Judge Paul D Borman** (DGoo) (Entered: 06/03/2009) |
| 06/05/2009 | | Minute Entry for proceedings held before District Judge Paul D Borman: Plea Hearing, Plea Entered by William Jones (1) Guilty Count 1,2-3 Disposition: held(Court Reporter: Lizza) (Defendant Attorney: Niskar) (AUSA: Pratt) (DGoo) (Entered: 06/05/2009) |
| 06/05/2009 | 29 | NOTICE TO APPEAR as to *William Jones*, **Sentencing set for 8/25/2009 02:30 PM before District Judge Paul D Borman** (DGoo) (Entered: 06/05/2009) |
| 06/25/2009 | 30 | EXPARTE ORDER ALLOWING COMPUTER INTO MILAN DETENTION CENTER as to William Jones Signed by District Judge Paul D Borman. (DGoo) (Entered: 06/25/2009) |
| 08/06/2009 | | Set/Reset Deadlines/Hearings as to William Jones: **Sentencing RESCHEDULED for 10/8/2009 02:00 PM before District Judge Paul D Borman** (DGoo) (Entered: 08/06/2009) |
| 08/25/2009 | 31 | STIPULATION AND ORDER EXTENDING TIME FOR FILING OBJECTIONS TO PRESENTENCE REPORT as to William Jones Signed by District Judge Paul D Borman. (DGoo) (Entered: 08/25/2009) |
| 09/16/2009 | 32 | MOTION for Guidelines Determination by William Jones. (Niskar, Joseph) (Entered: 09/16/2009) |
| 10/01/2009 | 33 | RESPONSE to *GOVERNMENT'S RESPONSE REGARDING SENTENCING HEARING* by United States of America as to William Jones (Pratt, Wayne) Modified on 10/1/2009 (PMil).[DOCUMENT FILED IS A RESPONSE TO DEFENDANT'S MOTION REQUESTING SENTENCING HEARING - WRONG DOCKET EVENT SELECTED] (Entered: 10/01/2009) |
| 10/02/2009 | 34 | NOTICE TO APPEAR as to *William Jones*, **SENTENCING HEARING set for 10/8/2009 02:00 PM before District Judge Paul D Borman** (DGoo) (Entered: 10/02/2009) |
| 10/06/2009 | 35 | |

| | | STIPULATION AND ORDER adjourning sentence to 10/20/09 at 10:00 a.m. as to William Jones Signed by District Judge Paul D Borman. (DGoo) (Entered: 10/06/2009) |
|---|---|---|
| 10/14/2009 | 36 | SENTENCING MEMORANDUM by William Jones (Attachments: # 1 Index of Exhibits, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C) (Niskar, Joseph) (Entered: 10/14/2009) |
| 10/15/2009 | | Set/Reset Deadlines/Hearings as to William Jones: **Sentencing set for 10/20/2009 10:00 AM before District Judge Paul D Borman** (DGoo) (Entered: 10/15/2009) |
| 10/15/2009 | | Set/Reset Deadlines/Hearings as to William Jones: **Sentencing RESCHEDULED for 10/22/2009 10:00 AM before District Judge Paul D Borman** (DGoo) (Entered: 10/15/2009) |
| 10/19/2009 | | Set/Reset Deadlines/Hearings as to William Jones: **Sentencing RESCHEDULED for 11/24/2009 03:30 PM before District Judge Paul D Borman** (DGoo) (Entered: 10/19/2009) |
| 10/19/2009 | | Set/Reset Deadlines/Hearings as to William Jones: **Sentencing RESCHEDULED (CORRECTED) for 10/22/2009 10:00 AM before District Judge Paul D Borman** (DGoo) (Entered: 10/19/2009) |
| 10/22/2009 | | Minute Entry for proceedings held before District Judge Paul D Borman: Sentencing held as to William Jones. Disposition: held(Court Reporter: Lizza) (Defendant Attorney: Niskar) (AUSA: Pratt) (DGoo) (Entered: 10/22/2009) |
| 11/05/2009 | 37 | JUDGMENT as to William Jones. Signed by District Judge Paul D Borman. (DTyl) (Entered: 11/05/2009) |
| 11/18/2009 | 38 | NOTICE *of Filing Government's Exhibits* by United States of America as to William Jones (Attachments: # 1 Exhibit) (Pratt, Wayne) (Entered: 11/18/2009) |
| 04/13/2010 | 39 | MOTION to Vacate by William Jones. (PMil) (Entered: 04/14/2010) |
| 04/14/2010 | 40 | NOTICE of Filing a Motion Under 28 U.S.C. 2255 as to William Jones (PMil) (Entered: 04/14/2010) |
| 04/14/2010 | 41 | ORDER REFERRING MOTION to Magistrate Judge Paul J Komives: 39 MOTION to Vacate as to William Jones. Signed by District Judge Paul D Borman. (DGoo) (Entered: 04/14/2010) |
| 05/14/2010 | 42 | Mail Returned as Undeliverable as to William Jones Mail sent to William Jones re 40 Notice of Filing 2255 Motion. (CGre) (Entered: 05/14/2010) |
| 06/01/2010 | 43 | MOTION to Withdraw 39 MOTION to Vacate by William Jones. (PPau) (Entered: 06/02/2010) |
| 06/21/2010 | 44 | REPORT AND RECOMMENDATION as to William Jones re 43 MOTION to Withdraw Document 39 MOTION to Vacate Signed by Magistrate Judge Paul J Komives. (EBut) (Entered: 06/21/2010) |
| 07/09/2010 | 45 | ORDER granting as to William Jones for 43 Motion to Withdraw Document filed by William Jones, dismissing 39 Motion to Vacate filed by William Jones, |

| | | accepting 44 Report and Recommendation Signed by District Judge Paul D Borman. (DGoo) (Entered: 07/09/2010) |
|---|---|---|
| 07/19/2010 | 46 | MOTION to amend 39 Motion to vacate by William Jones. (DPer) (Entered: 07/20/2010) |
| 07/23/2010 | 47 | ORDER REFERRING MOTION to Magistrate Judge Paul J Komives: 46 MOTION to Amend/Correct 39 MOTION to Vacate filed by William Jones as to William Jones. Signed by District Judge Paul D Borman. (DGoo) (Entered: 07/23/2010) |
| 08/12/2010 | 48 | TRANSCRIPT of Sentencing held on 10/22/2009 as to William Jones. (Court Reporter/Transcriber: Leann S. Lizza) (Number of Pages: 91) Redaction Request due 9/2/2010. Redacted Transcript Deadline set for 9/13/2010. Release of Transcript Restriction set for 11/10/2010. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date, the transcript is publicly available. (Lizza, L.) (Entered: 08/12/2010) |
| 08/12/2010 | 49 | Notice of Filing Transcript as to *William Jones*. (Lizza, L.) (Entered: 08/12/2010) |
| 10/18/2010 | 50 | MOTION to Vacate Sentence under 28 U.S.C. 2255 by William Jones. (BSoc) Civil case 2:10-cv-14178-PDB opened. (Entered: 10/19/2010) |
| 10/19/2010 | 51 | NOTICE of Filing a Motion Under 28 U.S.C. 2255 as to William Jones (BSoc) (Entered: 10/19/2010) |
| 10/20/2010 | 52 | ORDER REFERRING MOTION to Magistrate Judge Paul J Komives: 50 MOTION to Vacate Sentence under 28 U.S.C. 2255 as to William Jones. Signed by District Judge Paul D Borman. (DGoo) (Entered: 10/20/2010) |
| 11/10/2010 | 53 | ORDER denying 46 Motion to Amend/Correct as to William Jones (1). Signed by Magistrate Judge Paul J Komives. (EBut) (Entered: 11/10/2010) |
| 12/10/2010 | 54 | MOTION for Extension of Time to File Response/Reply as to 50 MOTION to Vacate Sentence under 28 U.S.C. 2255 by United States of America as to William Jones. (Pratt, Wayne) (Entered: 12/10/2010) |
| 12/30/2010 | 55 | RESPONSE by United States of America as to William Jones re 50 MOTION to Vacate Sentence under 28 U.S.C. 2255 (Attachments: # 1 Exhibit Affidavit of Joseph Niskar) (Pratt, Wayne) (Entered: 12/30/2010) |
| 01/27/2011 | 56 | REQUEST for documents and for extension of time to file a reply by William Jones. (DPer) (Entered: 01/28/2011) |
| 02/08/2011 | 57 | ORDER granting 54 Motion for Extension of Time to File Response/Reply as to William Jones (1). Signed by Magistrate Judge Paul J Komives. (EBut) (Entered: 02/08/2011) |
| 02/17/2011 | 58 | PETITION for Leave to file Reply by William Jones. (DWor) (Entered: 02/17/2011) |
| 03/31/2011 | 59 | REPLY TO RESPONSE by William Jones re 50 MOTION to Vacate Sentence under 28 U.S.C. 2255. (CGre) (Entered: 03/31/2011) |

| 05/09/2011 | 60 | REPORT AND RECOMMENDATION as to William Jones re 50 MOTION to Vacate Sentence under 28 U.S.C. 2255 Signed by Magistrate Judge Paul J. Komives. (EBut) (Entered: 05/09/2011) |
| 06/14/2011 | | Remark: Report and Recommendation sent to William Jones at Federal Correctional Institution, P.O. Box 2000, Fort Dix, NJ 08640. (EBut) (Entered: 06/14/2011) |
| 06/30/2011 | 61 | OBJECTION TO 60 REPORT AND RECOMMENDATION by William Jones. (NHol) (Entered: 06/30/2011) |
| 10/25/2011 | 62 | OPINION and ORDER DENYING DEFENDANT'S OBJECTIONS AND ADOPTING IN PART 60 Report and Recommendation as to William Jones and Ordering an Evidentiary Hearing on defendant's ineffective assistance of counsel claim. Signed by District Judge Paul D. Borman. (DGoo) (Entered: 10/25/2011) |
| 10/25/2011 | 63 | ORDER APPOINTING FEDERAL DEFENDER as to William Jones. Signed by District Judge Paul D. Borman. (DGoo) (Entered: 10/25/2011) |
| 10/25/2011 | | TEXT-ONLY CERTIFICATE OF SERVICE re 62 Order Adopting Report and Recommendation, 63 Order Appointing Federal Defender's Office as to William Jones. Documents mailed to William Jones Pris. No. 63641066 at FCI, P.O. Box 2000, Fort Dix, NJ 08640. (DGoo) (Entered: 10/25/2011) |
| 10/28/2011 | 64 | CJA 20 as to William Jones: Appointment of Attorney Michael R. Dezsi for William Jones, in place of Federal Defender and Joseph A. Niskar. Signed by District Judge Paul D. Borman. (DGoo) (Entered: 10/28/2011) |
| 11/18/2011 | 65 | NOTICE TO APPEAR as to *William Jones*, **Evidentiary Hearing set for 1/25/2012 02:00 PM before District Judge Paul D. Borman** (DGoo) (Entered: 11/18/2011) |
| 01/23/2012 | | Set/Reset Deadlines/Hearings as to William Jones: **Evidentiary Hearing RESCHEDULED TO 2/7/2012 03:00 PM before District Judge Paul D. Borman** (DGoo) (Entered: 01/23/2012) |
| 02/06/2012 | | Set/Reset Deadlines/Hearings as to William Jones: **Evidentiary Hearing RESCHEDULED for 2/9/2012 09:30 AM before District Judge Paul D. Borman** (DGoo) (Entered: 02/06/2012) |
| 02/08/2012 | | Set/Reset Deadlines/Hearings as to William Jones: **Evidentiary Hearing RESCHEDULED for 2/17/2012 11:00 AM before District Judge Paul D. Borman** (DGoo) (Entered: 02/08/2012) |
| 02/17/2012 | | Minute Entry for proceedings held before District Judge Paul D. Borman: Evidentiary Hearing as to William Jones held on 2/17/2012 Disposition: taken under advisement(Court Reporter: Leann Lizza) (Defendant Attorney: Michael Dezi) (AUSA: Wayne Pratt) (DGoo) (Entered: 02/17/2012) |
| 03/06/2012 | 66 | TRANSCRIPT of Evidentiary Hearing held on 02/17/2012 as to William Jones. (Court Reporter: Leann S. Lizza) (Number of Pages: 50) The parties have 21 days to file with the court and Court Reporter a Redaction Request of this transcript. If no request is filed, the transcript may be made remotely electronically available to the public without redaction after 90 days. Redaction |

|  |  |  |
|---|---|---|
|  |  | Request due 3/27/2012. Redacted Transcript Deadline set for 4/6/2012. Release of Transcript Restriction set for 6/4/2012. Transcript may be viewed at the court public terminal or purchased through the Court Reporter before the deadline for Release of Transcript Restriction. After that date, the transcript is publicly available. (Lizza, L.) (Entered: 03/06/2012) |
| 03/15/2012 | 67 | SUPPLEMENTAL BRIEF re 50 MOTION to Vacate Sentence under 28 U.S.C. 2255 by William Jones (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C) (Dezsi, Michael) (Entered: 03/15/2012) |
| 03/26/2012 | 68 | SUPPLEMENTAL BRIEF re 67 Supplemental Brief by United States of America as to William Jones (Pratt, Wayne) (Entered: 03/26/2012) |
| 06/04/2012 | 69 | ORDER granting 50 Motion to Vacate to reopen time to appeal from sentencing: petitioner has 10 days from today, June 4, 2012, to file a notice of appeal (2255) as to William Jones (1). Signed by District Judge Paul D. Borman. (DGoo) Civil Case 2:10-cv-14178-PDB closed. (Entered: 06/04/2012) |
| 06/14/2012 | 70 | NOTICE OF APPEAL by William Jones re 69 Order on Motion to Vacate (2255), Order on Motion to Vacate (2255), 37 Judgment. Fee Status: No Fee Paid. (Dezsi, Michael) (Entered: 06/14/2012) |
| 06/14/2012 | 71 | Certificate of Service re 70 Notice of Appeal as to William Jones. (TMcg) (Entered: 06/14/2012) |
| 07/26/2012 |  | Court Reporter Acknowledgment of Transcript Order Form received on 07/20/2012 as to William Jones. Transcript for court proceeding held on: 06/05/2009. Estimated transcript completion date: 09/03/2012. Estimated number of pages: 16. Payment arrangements were made on 07/20/2012. (Lizza, L.) (Entered: 07/26/2012) |
| 07/26/2012 | 72 | TRANSCRIPT of Plea held on 06/05/2009 as to William Jones. (Court Reporter: Leann S. Lizza) (Number of Pages: 16) (Appeal Purposes) The parties have 21 days to file with the court and Court Reporter a Redaction Request of this transcript. If no request is filed, the transcript may be made remotely electronically available to the public without redaction after 90 days. Redaction Request due 8/16/2012. Redacted Transcript Deadline set for 8/27/2012. Release of Transcript Restriction set for 10/24/2012. Transcript may be viewed at the court public terminal or purchased through the Court Reporter before the deadline for Release of Transcript Restriction. After that date, the transcript is publicly available. (Lizza, L.) (Entered: 07/26/2012) |
| 04/29/2013 | 73 | OPINION from U.S. Court of Appeals - Sixth Circuit as to William Jones re 70 Notice of Appeal - Disposition: we AFFIRM the district courts sentence. [Appeal Case Number 12-1779] (KKra) (Entered: 05/07/2013) |
| 05/21/2013 | 74 | MANDATE from U.S. Court of Appeals - Sixth Circuit as to William Jones re 70 Notice of Appeal filed by William Jones [Appeal Case Number 12-1779] (KKra) (Entered: 05/29/2013) |
| 07/03/2013 | 75 | REQUEST *for miscellaneous relief* by William Jones. (Attachments: # 1 Exhibit Defendants request letter) (Dezsi, Michael) (Entered: 07/03/2013) |
| 10/02/2013 | 76 |  |

| | | |
|---|---|---|
| | | ORDER Requiring Response re: 75 Request as to William Jones. Response due: 10/15/2013. Signed by District Judge Paul D. Borman. (DTof) (Entered: 10/02/2013) |
| 10/02/2013 | | TEXT-ONLY CERTIFICATE OF SERVICE re 76 Order Requiring Responsive Pleading as to William Jones. Documents mailed to William Jones Pris. No. 63641-066 at Cumberland FCI, P.O. Box 1000, Cumberland, MD 21501. (DTof) (Entered: 10/02/2013) |
| 10/16/2013 | 77 | RESPONSE to 75 Request by United States of America as to William Jones (Pratt, Wayne) (Entered: 10/16/2013) |
| 10/17/2013 | 78 | ORDER Denying Defendant's Request for Early Release Recommendation as to William Jones Signed by District Judge Paul D. Borman. (McGee, R) (Entered: 10/17/2013) |
| 10/21/2013 | | TEXT-ONLY CERTIFICATE OF SERVICE re 78 Order as to William Jones. Documents mailed to William Jones Pris. No. 63641-066 at Cumberland FCI, P.O. Box 1000, Cumberland, MD 21501. (DTof) (Entered: 10/21/2013) |
| 07/14/2015 | 79 | ORDER TRANSFERRING JURISDICTION to Eastern District of Philadelphia as to William Jones Signed by District Judge Paul D. Borman. (Rideaux-Miller, S) (Entered: 07/14/2015) |
| 07/21/2015 | | TEXT-ONLY NOTICE to Eastern District of Pennsylvania of Transfer as to William Jones. Your case number is: 15-107. Using your PACER account, you may retrieve the docket sheet and any unrestricted documents and text-only entries. Please note the following documents: 37 Judgment, 79 Order Transferring Jurisdiction, 3 Indictment (If you require sealed documents or certified copies, please send a request to InterDistrictTransfer_mied@mied.uscourts.gov) (ATee) (Entered: 07/21/2015) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 07/21/2015 14:34:55 | | | |
| **PACER Login:** | ed2416:4263820:0 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 2:08-cr-20385-PDB-PJK |
| **Billable Pages:** | 8 | **Cost:** | 0.80 |



# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        **Plaintiff,**

vs.

D-1 WILLIAM JONES,
    aka "K"

Case: 2:08-cr-20385
Judge: Borman, Paul D
MJ: Komives, Paul J
Filed: 07-16-2008 At 04:05 PM
USA VS SEALED MATTER (1 DFT)

VIO: 21 U.S.C. § 846
      21 U.S.C. § 841(a)(1)
      21 U.S.C. § 843(b)

## INDICTMENT

**THE GRAND JURY CHARGES:**

## COUNT ONE

### (21 U.S.C. §§ 841(a)(1), 846 - Attempt to Possess With Intent to Distribute a Controlled Substance - Cocaine)

**D-1   WILLIAM JONES**, aka "K"

That on or about February, 2008, and continuing up to and including May 30, 2008, in the Eastern District of Michigan, Southern Division, and elsewhere, **WILLIAM JONES**, aka "K" did knowingly, intentionally and unlawfully attempt to commit an offense against the United States, that is, to possess with intent to distribute a controlled substance, namely, five kilograms or more of cocaine, a Schedule II controlled substance. Specifically, the defendant took a substantial step toward the possession with intent to distribute five kilograms of cocaine; all in violation of Title 21, U.S.C. §§841(a)(1), 846.

## COUNT TWO

### (21 U.S.C. §843(b) - Unlawful Use of a Communication Facility)

**D-1    WILLIAM JONES**, aka "K"

That on or about May 15, 2008, at approximately 6:20 p.m., in the Eastern District of

Michigan, Southern Division, and elsewhere, **WILLIAM JONES**, aka "K", defendant herein, did

knowingly, intentionally and unlawfully use a communication facility, that is a telephone, in

facilitating an attempt to knowingly, intentionally and unlawfully possess with intent to distribute

a controlled substance (cocaine), as set forth in Count One of this Indictment, adopted and

incorporated by reference, which is an act or acts constituting a felony under Sections 846 and

841(a)(1) of Title 21, United States Code, all in violation of Title 21, United States Code, Section

843(b).

## COUNT THREE

### (21 U.S.C. §843(b) - Unlawful Use of a Communication Facility)

**D-1    WILLIAM JONES**, aka "K"

That on or about May 30, 2008, at approximately 3:31 p.m., in the Eastern District of

Michigan, Southern Division, and elsewhere, **WILLIAM JONES**, aka "K", defendant herein, did

knowingly, intentionally and unlawfully use a communication facility, that is a telephone, in

facilitating an attempt to knowingly, intentionally and unlawfully possess with intent to distribute

a controlled substance (cocaine), as set forth in Count One of this Indictment, adopted and

incorporated by reference, which is an act or acts constituting a felony under Sections 846 and

2

841(a)(1) of Title 21, United States Code, all in violation of Title 21, United States Code, Section

843(b).

THIS IS A TRUE BILL

_____

s/Grand Jury Foreperson

STEPHEN J. MURPHY
United States Attorney

s/WAYNE F. PRATT

Assistant U. S. Attorney
211 W. Fort Street, Suite 2001
Detroit, Michigan 48226

Dated: July 16, 2008

3

| United States District Court Eastern District of Michigan | **Criminal Case Cover Sheet** | **Case Number** |
|---|---|---|

NOTE It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

| **Companion Case Information** | **Companion Case Number:** |
|---|---|
| This may be a companion case based upon LCrR 57.10 (b)(4)[1] : | **Judge Assigned:** |
| ☐ Yes    ☑ No | **AUSA's Initials:** W.F.P. |

**Case Title:** USA v.  WILLIAM JONES aka "K"

**County where offense occurred :** Wayne County

**Check One:**    ☑ **Felony**         ☐ **Misdemeanor**              ☐ **Petty**

___X_ Indictment/____ Information — **no** prior complaint.
_____ Indictment/____ Information — based upon prior complaint [Case number: ]
_____ Indictment/____ Information — based upon LCrR 57.10 (d) *[Complete Superseding section below]*.

## Superseding Case Information:

**Superseding to Case No:** _____    **Judge:** _____

☐   Original case was terminated; no additional charges or defendants.
☐   Corrects errors; no additional charges or defendants.
☐   Involves, for plea purposes, different charges or adds counts.
☐   Embraces same subject matter but adds the additional defendants or charges below:

**Defendant name**                    **Charges**

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.**

July 16, 2008
Date

*Wayne F. Pratt*
Wayne F. Pratt
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI  48226-3277
Phone:  (313) 226-9600
Fax: (313) 226-3265
E-Mail address:  Wayne.Pratt@usdoj.gov
Attorney Bar #:  P32528

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.

5/20/04

AO245B [Rev. 12/03] Judgment in a Criminal Case
Sheet 1

Judgment-Page 1 of 5

# United States District Court
## Eastern District of Michigan

United States of America

V.

WILLIAM JONES

**JUDGMENT IN A CRIMINAL CASE**

Case Number: 08CR20385-1

USM Number: 43237-039

Joseph A. Niskar
Defendant's Attorney

### THE DEFENDANT:

■ Pleaded guilty to count(s)  **1,2,3**.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 21 USC 841(a)(1) and 846 | Attempt to Possess with Intent to Distribute a Controlled Substance-Cocaine | 5/30/08 | 1 |
| 21 USC 843(b) | Unlawful use of a Communication Facility | 5/30/08 | 2, 3 |

The defendant is sentenced as provided in pages **2 through 5** of this judgment.  This sentence is imposed pursuant to the Sentencing Reform Act of 1984

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

10/22/2009
Date of Imposition of Judgment

s/Paul D. Borman
United States District Judge

11/5/2009
Date Signed

Judgment-Page 2 of 5

DEFENDANT: WILLIAM JONES
CASE NUMBER: 08CR20385-1

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:
**As to Count 1: 80 months and as to Counts 2 and 3, 48 months to run concurrent.**

The court makes the following recommendations to the Bureau of Prisons: **The Court recommends that while incarcerated, the defendant participate in the Bureau of Prisons Comprehensive Drug Treatment Program.**

**The Court further recommends that the defendant be designated to FCI Fort Dix, New Jersey.**

The defendant is remanded to the custody of the United States Marshal.

# RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____ a
_____, with a certified copy of this judgment.

_____
United States Marshal

_____
Deputy United States Marshal

AO245B [Rev. 12/03] Judgment in a Criminal Case 2:08-cr-20385-PDB-PJK   Doc # 37   Filed 11/05/09   Pg 3 of 5   Pg ID 151
Sheet 3- Supervised Release

Judgment-Page 3 of 5

DEFENDANT: WILLIAM JONES
CASE NUMBER: 08CR20385-1

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of: **As to Count 1: 36 months.  As to Counts 2 and 3: 12 months, to run concurrent**

The defendant must report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state or local crime.

If the defendant is convicted of a felony offense, DNA collection is required by Public Law 108-405.

The defendant shall not unlawfully possess a controlled substance.  The defendant shall refrain from any unlawful use of a controlled substance.  The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.  Revocation of supervised release is mandatory for possession of a controlled substance.

If this judgment imposes a fine or restitution, it is a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

The defendant must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

**1)** the defendant shall not leave the judicial district without the permission of the court or probation officer;

**2)** the defendant shall report ot the probation officer and shall submit a truthful and complete written report within the first five days of each month;

**3)** the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

**4)** the defendant shall support his or her dependents and meet other family responsibilities;

**5)** the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;

**6)** the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;

**7)** the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;

**8)** the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;

**9)** the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;

**10)** the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;

**11)** the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;

**12)** the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;

**13)** as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement; and

**14)** the defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon.  Revocation of supervised release is mandatory for possession of a firearm.

AO245B [Rev. 12/03] Judgment in a Criminal Case
  Sheet 3C - Supervised Release
2:08-cr-20385-PDB-PJK   Doc # 37   Filed 11/05/09   Pg 4 of 5   Pg ID 152

Judgment-Page 4 of 5

DEFENDANT:  WILLIAM JONES
CASE NUMBER:  08CR20385-1

# SPECIAL CONDITIONS OF SUPERVISION

■ The defendant shall participate in a program approved by the Probation Department for substance abuse which program may include testing to determine if the defendant has reverted to the use of drugs or alcohol.

**The defendant shall participate in a program approved by the probation department for the treatment of gambling addictions, if necessary.**

AO245B [Rev. 12/03] Judgment in a Criminal Case
2:08-cr-20385-PDB-PJK   Doc # 37   Filed 11/05/09   Pg 5 of 5   Pg ID 153
Sheet 5 - Criminal Monetary Penalties

Judgment-Page 5 of 5

DEFENDANT: WILLIAM JONES
CASE NUMBER: 08CR20385-1

# CRIMINAL MONETARY PENALTIES

|  | Assessment | Fine | Restitution |
|---|---|---|---|
| **TOTALS:** | $ 300.00 | $ 0.00 | $ 0.00 |

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| Name of Payee | Total Loss* | Restitution Ordered | Priority or Percentage |
|---|---|---|---|
| **TOTALS:** | $ 0.00 | $ 0.00 | |

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

NIQA

| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* |
|---|---|---|
| | | 0645 2:08CR20385 |
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER *(Rec. Court)* |
| | | 15- 107 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| William Jones | Eastern District of Michigan | Detroit |
| | NAME OF SENTENCING JUDGE | |
| | Honorable Paul D. Borman | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM | TO |
| | | 01/23/2015 | 01/22/2018 |

**OFFENSE**
Count 1: 21 U.S.C. §§ 841(a)(1) and 846 – Attempt to Possess With Intent to Distribute a Controlled Substance-Cocaine
Count 2 and 3: 21 U.S.C. § 843(b) – Unlawful Use of a Communication Facility

MAR 18 2015

‌  Clerk

| **PART 1 - ORDER TRANSFERRING JURISDICTION** |
|---|

| UNITED STATES DISTRICT COURT FOR THE | EASTERN | DISTRICT OF | MICHIGAN |
|---|---|---|---|

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the  Eastern District of Pennsylvania  upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

| March 11, 2015 | s/Paul D. Borman |
|---|---|
| *Date* | *United States District Judge* |

*This sentence may be deleted in the discretion of the transferring Court.

| **PART 2 - ORDER ACCEPTING JURISDICTION** |
|---|

| UNITED STATES DISTRICT COURT FOR THE | Eastern | DISTRICT OF | Pennsylvania |
|---|---|---|---|

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

| 3/19/2015 | |
|---|---|
| *Effective Date* | *United States District Judge* |
| | Nitza I. Quiñones-Alejandro |